UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JUAN ALBERTO ORTIZ-LOPEZ ET AL #R60801-018 | CASE NO. 2:18-CV-00931 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| FEDERAL BUREAU OF PRISONS ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [*see* Doc 38] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Dismiss [see Doc 18] is **GRANTED**. Accordingly, the petitioners' claims for habeas relief are **DISMISSED WITHOUT PREJUDICE** and their claims under Bivens are **DISMISSED WITH PREJUDICE**, resulting in dismissal of the action as a whole.

THUS DONE in Chambers on this 23rd day of October, 2018.

Robert R. Summerhays
United States District Judge